U.S.D.C. ~~Law Suit Form~~

United States Attorney office
Southern District of Indiana
Civil Rights Unit

**FILED**
**04/12/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Person Filling Complaint:
Corbin M. Wira
Gibson County Jail
112 E. Emerson St.
Princeton IN 47670
Gibson County

Person/entity you are filling complaint about
Gibson County Circuit Court
112 E. Emerson St.
Princeton IN 47670
Gibson County I.N.
☒ Official Capacity

Alleged Civil Rights Violated:
(1) Prisoner/Institutional Rights
(2) denied fair chance to file for fast and speedy trial

"Complaint"

On or around Jan. 14th, 2023 I recieved paperwork stating I was being charged with a "Level 3 Dealing of Methamphetamine of atleast 10grams" under Information tab it also stated "Poss. of Methamphetamine of atleast 10grams" then in the "Affidavit for Probable Cause" paperwork claimed "bag containing Methamphetamine weighed approximately 74grams". At my first courtdate I did not ask for a fast and speedy trial due to I've made this mistake before in Warrick County with Jonathan Young and he was removed from my case and a new lawyer was appointed. So I was going to wait until 2nd courtdate, in between my 1st and 2nd courtdate before I had chance to follow proper procedure I had my first Lawyer/client meeting with Lisa Moody and was handed paperwork stating my charge was "Amended" to a level 3 Poss.. If I would've been given fair opportunity to file a fast and speed trial I would've done so and beat the original charge. Reason being because a level 3 Dealing is 5-10 grams of Meth. At least 10 grams would've meant Level 2 Dealing. I'm wanting to sue for anywhere from $0.⁰⁰-$10,000,000.⁰⁰

I'm not sure if this is a policy or pattern, I do know from past experience though from asking for a fast and speedy in Warrick County, Indiana. I've mentioned this to others and they've stated their lawyers got fired when they asked for fast and speedy and were given new lawyers as well.

I'm represented by Lisa Moody in my case which is case #26C01-2301-F3-00041 but she is not representing me on this matter.

I've not filed a lawsuit on this yet but I'm wanting to now for restitution, pain & suffering and for any other reason that would fall into a reasonable reason to proceed. If theres any paperwork I may need please send it to me. I've copied the format of a Civil Rights Complaint form but if this will not work for filling a lawsuit your help in this matter would be greatly appreciated. Thank You & Praise God.

Also ever since my 1st court date here and being read or arrained my original charges and then having my case ~~#26C01-F3-00041~~ case # 26C01-2301-F3-00041 opened and Amended which was approved Feb 1st, 2023 I have not been re-arrained. I've asked for bond reductions two seperate times and have been denied both times. I feel by not re-arraining me I'm being held in an un-constitutional manner. Thank You for your time.

Date: 4-6-23

— Corbin Wira
— Corbin M Wira