UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CORBIN M. WIRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00058-RLY-MJD |
| | ) |
| GIBSON COUNTY CIRCUIT COURT, | ) |
| | ) |
| Defendant. | ) |

**Order Dismissing Case Under Fed. R. Civ. P. 41(a)(1)**

Consistent with the Court's Order at Docket No. 10, plaintiff Corbin Wira's motion for dismissal at Docket No. 9 is **effective** as a notice of dismissal under Fed. R. Civ. P. 41(a)(1). The action is **dismissed without prejudice**. Dismissal without prejudice means the dismissal will not prevent Mr. Wira from filing a new action based on the same facts. However, if Mr. Wira does file a new action, it will be subject to all applicable procedural rules, including the statute of limitations.

No final judgment is required under these circumstances. The **clerk is directed** to close this action.

**IT IS SO ORDERED.**

Date: 8/30/2023

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CORBIN M. WIRA
GIBSON COUNTY JAIL
112 E. Emerson St.
Princeton, IN 47670